## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DEAJA BRADLEY | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | CIVIL ACTION NO.: 17-1714 |
| v. | : | ORDER |
| PROSPECTIVE HOMES, LLC<br>d/b/a Ann's Abbey Group Home<br>and<br>PROBYN ALLEN<br>c/o PROSPECTIVE HOMES, LLC<br>and<br>MAMIE ALLEN<br>c/o PROSPECTIVE HOMES, LLC | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |
| Defendants. | : | |

This matter having come before the Court on Plaintiff's Motion to Voluntarily Dismiss her Complaint pursuant to Fed. Rule Civ. P. 41(a)(2); and

For good cause shown,

IT IS ORDERED this 12th day of March, 2018 that Plaintiff's Motion is hereby <u>GRANTED</u>. Plaintiff's Complaint is dismissed without prejudice.

IT IS FURTHERED ORDERED that the damages hearing scheduled for March 13, 2018 is canceled.

_____
JOSEPH H. RODRIGUEZ
U.S.D.J.